# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **INGENIADOR, LLC**<br>Plaintiff<br><br>v.<br><br>**ADOBE SYSTEMS INCORPORATED**<br>Defendant. | Case No. 2:12-cv-00805-JRG |
| **INGENIADOR, LLC**<br>Plaintiff<br><br>v.<br><br>**MEDPLUS, INC. and QUEST DIAGNOSTICS, INC.,**<br>Defendants. | Case No. 2:12-cv-00811-JRG |

## STIPULATION OF DIMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Ingeniador, LLC and Defendants MedPlus, Inc. and Quest Diagnostics, Inc. (collectively, "Appearing Defendants"), by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action between Plaintiff and the Appearing Defendants are hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees in this action.

Dated: June 24, 2013.

Respectfully submitted,

William E. Davis, III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

*Of Counsel*

By:*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com
**ATTORNEYS FOR PLAINTIFF**


*/s/Jay Forrest Utley*
Jay Forrest Utley

*/s/ Terry Afif Saad*
Terry Afif Saad

**Baker & McKenzie**
2001 Ross Ave
Suite 2300
Dallas, Texas 75201
214-978-3000
214-978-3099
Jay.utley@bakermckenzie.com
Terry.saad@bakermckenzie.com
**ATTORNEYS FOR DEFENDANTS
MEDPLUS, INC. and
QUEST DIAGNOSTICS, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 24th day of June, 2013.

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that this motion is unopposed.

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
